No. 03-5977. KRAUSE v. EBNER ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03-5980. WHITE v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03-5982. YOUNG v. QUESTA RESOURCES, INC. Sup. Ct. N. D. Certiorari denied.

No. 03-5984. YOUNGBLOOD v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03-5985. WATSON v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 03-5986. WILLIAMS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03-5990. HARLOW v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 03-5996. HODGES v. SPRINT SPECTRUM L. P. ET AL. C. A. 9th Cir. Certiorari denied.

No. 03-5997. HOWZE v. BUTLER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03-5999. RILEY v. MEYERS, SUPERINTENDENT, ROCKVIEW STATE CORRECTIONAL INSTITUTION. C. A. 3d Cir. Certiorari denied.

No. 03-6004. WRIGHT v. CAUDILL ET AL. C. A. 6th Cir. Certiorari denied.

No. 03-6007. BLANCHE v. CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03-6008. BANUELOS v. HALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03-6011. TAYLOR v. WILSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 03-6012. DEVLIN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.